IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, CALIFORNIA NATIVE PLANT SOCIETY, CALIFORNIA WILDERNESS COALITION, SIERRA CLUB, THE WILDERNESS SOCIETY, DEFENDERS OF WILDLIFE, LOS PADRES FORESTWATCH, and the NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>DALE N. BOSWORTH, Chief, U.S. Forest Service, DAVID TENNY, Deputy Under Secretary for Natural Resources and Environment, Department of Agriculture, U.S. FOREST SERVICE, a federal agency, and U.S. DEPARTMENT OF AGRICULTURE, a federal agency,<br><br>Defendants. | No. C 06-06523 WHA<br><br>**ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE** |

The Court hereby moves the case management conference to **DECEMBER 7, 2006, AT 11:00 A.M.** Please file a joint case management statement by November 30, 2006. All other initial deadlines remain intact per order setting initial case management conference and ADR deadlines filed October 18, 2006. Plaintiffs shall please serve all parties with the summons and complaint before December 7, 2006, as well as a copy of this order.

**IT IS SO ORDERED.**

Dated: November 1, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE