1  SUE ELLEN WOOLRIDGE
   Assistant Attorney General
2  BEVERLY F. LI
   Trial Attorney
3  U.S. Department of Justice
   Environment and Natural Resources
4  Division
   P.O. Box 663
5  Washington, DC 20044-0663
   Tel: (202) 353-9213
6  Fax: (202) 514-8865

7  KEVIN V. RYAN (SBN 118321)
   United States Attorney
8  CHARLES O'CONNOR (SBN 56320)
   Assistant United States Attorney
9  Northern District of California
   450 Golden Gate Avenue, 10th Floor
10 P.O. Box 36055
   San Francisco, California 94102-3495
11 Tel:  (415) 436-7180

12 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | CASE NO. C 06-6523-WHA |
| v. | ) ) | **STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO FILE ADR CERTIFICATION** |
| DALE N. BOSWORTH, Chief, United States Forest Service, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Due to the unavailability of the Agency representative whom Federal Defendants intend to have sign their ADR Certification of Discussion of ADR Options, the Parties hereby stipulate and agree that the Parties shall have until January 10, 2006 to file their ADR Certification of Discussion of ADR Options, and either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

STIP. & [PROPOSED] ORDER GRANTING EXTENSION OF TIME
FOR DEFS. TO FILE ADR CERTIFICATION                1

| | |
|---|---|
| 1 | IT IS HEREBY AGREED. |
| 2 | Dated this 21st day of December, 2006. |
| 3 | |
| 4 | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General |
| 5 | |
| 6 | /s/ Beverly F. Li<br>BEVERLY F. LI |
| 7 | Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division-NRS |
| 8 | P.O. Box 663<br>Washington, DC 20044-0663 |
| 9 | Tel: (202) 353-9213<br>Fax: (202) 514-8865. |
| 10 | |
| 11 | On behalf of Federal Defendants |
| 12 | |
| 13 | Dated this 21st day of December, 2006. |
| 14 | /s/ Justin Augustine |
| 15 | JUSTIN AUGUSTINE<br>Center for Biological Diversity |
| 16 | 1095 Market St., Suite 511<br>San Francisco, CA 94103 |
| 17 | Tel: 415-436-9682<br>Fax: 415-436-9683 |
| 18 | jaugustine@biologicaldiversity.org |
| 19 | On behalf of Plaintiffs |
| 20 | |
| 21 | IT IS SO ORDERED. |
| 22 | Dated this 22nd day of December, 2006. |
| 23 | |
| 24 | _____<br>UNITED STATES DISTRICT JUDGE |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

STIP. & [PROPOSED] ORDER GRANTING EXTENSION OF TIME
FOR DEFS. TO FILE ADR CERTIFICATION        2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2006, the foregoing STIPULATION & [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO FILE ADR CERTIFICATION was served on the following attorneys by filing with the Court's electronic filing system:

Justin Augustine
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
jaugustine@biologicaldiversity.org

John T Buse
Center for Biological Diversity
5656 S. Dorchester #3
Chicago, IL 60637
Tel: 323-533-4416
jbuse@biologicaldiversity.org

Counsel for Plaintiffs

                                        /s/ Beverly F. Li_____
                                        Beverly F. Li
                                        Counsel for Defendants