IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, CALIFORNIA NATIVE PLANT SOCIETY, CALIFORNIA WILDERNESS COALITION, SIERRA CLUB, THE WILDERNESS SOCIETY, DEFENDERS OF WILDLIFE, LOS PADRES FORESTWATCH, and the NATURAL RESOURCES DEFENSE COUNCIL,<br><br>      Plaintiffs,<br><br>  v.<br><br>DALE N. BOSWORTH, Chief, U.S. Forest Service, DAVID TENNY, Deputy Under Secretary for Natural Resources and Environment, Department of Agriculture, U.S. FOREST SERVICE, a federal agency, and U.S. DEPARTMENT OF AGRICULTURE, a federal agency,<br><br>      Defendants.<br>_____/ | No. C 06-06523 WHA<br><br>**SUPPLEMENTAL ORDER RE STATEMENT OF REASONS FOR DENYING DISCRETIONARY REVIEW** |

Pursuant to the order granting in part and denying in part plaintiffs' and defendants' cross-motions for summary judgment, defendant United States Forest Service should file its statement addressing denial of discretionary review of plaintiffs' administrative appeals **NO LATER THAN 28 DAYS** from the date of this order. This Court will retain jurisdiction over any appeals related to denial of discretionary review.

Dated: March 26, 2007.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE