IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, CALIFORNIA NATIVE PLANT SOCIETY, CALIFORNIA WILDERNESS COALITION, SIERRA CLUB, THE WILDERNESS SOCIETY, DEFENDERS OF WILDLIFE, LOS PADRES FORESTWATCH, and the NATURAL RESOURCES DEFENSE COUNCIL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DALE N. BOSWORTH, Chief, U.S. Forest Service, DAVID TENNY, Deputy Under Secretary for Natural Resources and Environment, Department of Agriculture, U.S. FOREST SERVICE, a federal agency, and U.S. DEPARTMENT OF AGRICULTURE, a federal agency,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 06-06523 WHA<br><br>**ORDER RE DEFENDANTS' STATEMENT OF REASONS** |

　　　The Court has received defendants' statement of reasons for dismissing plaintiffs' one-day late appeal. Parties' input on the next steps to be taken, if any, is requested. Parties should each file a proposal regarding what should happen next no later than **APRIL 30, 2007, AT NOON**. Submissions should be no more than five double-spaced pages in length.

**IT IS SO ORDERED.**

Dated: April 23, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE