Justin Augustine (SBN 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (SBN 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL  60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ABIGAIL R. KIMBELL**, Chief,<br>U.S. Forest Service,<br>et al.,<br><br>    Defendants. | Civil Action No.: C 06-06523-WHA<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME TO COMPLETE DISCOVERY AND FILE BRIEFS; PROPOSED ORDER** |

Pursuant to Local Rules 6-2 and 7-12, and the accompanying Declaration, Parties respectfully request an extension of time to complete discovery and file briefs.

On May 4, 2007, the Court issued an Order requiring the completion of discovery within 45 days (June 18, 2007). The Parties, with the Court's permission, plan to resolve all discovery issues and complete depositions by July 20, 2007. Consequently, Parties ask the court for a revised schedule as follows:

All discovery will be completed by **July 20, 2007**.

Plaintiffs' Supplemental Brief is due no later than **July 30, 2007**.

Defendants' Opposition is due no later than **August 6, 2007**.

Plaintiffs' Reply is due no later than **August 13, 2007**.

Respectfully submitted this 18th day of June, 2007,

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ Justin Augustine_____

Justin Augustine (SBN 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (SBN 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL  60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

On behalf of Plaintiffs

1

/s/ Beverly F. Li
BEVERLY F. LI
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division-NRS
P.O. Box 663
Washington, DC 20044-0663
Tel:  (202) 353-9213
Fax: (202) 514-8865

On behalf of Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: __June 20, 2007_____                    _____
                                               District Court Judge

*IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California*