**United States District Court**
For the Northern District of California

1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5

6                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   CENTER FOR BIOLOGICAL DIVERSITY,
    CALIFORNIA NATIVE PLANT SOCIETY,
9   CALIFORNIA WILDERNESS COALITION,            No. C 06-06523 WHA
    SIERRA CLUB, THE WILDERNESS SOCIETY,
10  DEFENDERS OF WILDLIFE, LOS PADRES
    FORESTWATCH, and the NATURAL
11  RESOURCES DEFENSE COUNCIL,

12          Plaintiffs,                          **ORDER SETTING
                                                 HEARING ON
13     v.                                        PLAINTIFFS'
                                                 DISCOVERY DISPUTE**
14  DALE N. BOSWORTH, Chief, U.S. Forest Service,
    DAVID TENNY, Deputy Under Secretary for
15  Natural Resources and Environment, Department
    of Agriculture, U.S. FOREST SERVICE, a federal
16  agency, and U.S. DEPARTMENT OF
    AGRICULTURE, a federal agency,
17
            Defendants.
18  _____/

19

20       The Court sets **TUESDAY, JULY 31, 2007, AT 3:00 P.M.** concerning the discovery dispute

21  outlined in plaintiffs' July 20 letter.  Defendants' response is due at **NOON ON FRIDAY, JULY 27**.

22  The parties are directed to review the Court's discovery guidelines regarding Rule 30(b)(6)

23  depositions.

24       **IT IS SO ORDERED.**

25

26  Dated:  July 23, 2007.
                                            _____
27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
28