RONALD J. TENPAS
Acting Assistant Attorney General
BEVERLY F. LI (WSBA # 33267)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213
Fax: (202) 514-8865

SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, California 94102-3495
Tel:  (415) 436-7180

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CASE NO. C 06-6523-WHA |
| Plaintiffs, | |
| v. | **JOINT STIPULATED REQUEST TO VACATE HEARING AND RESET BRIEFING DEADLINES** |
| ABIGAIL R. KIMBELL, Chief, United States Forest Service, et al., | AND ORDER |
| Defendants. | |

Pursuant to Local Rules 6-2 and 7-12, and the accompanying Declaration (see Exhibit A), the Parties respectfully request that the Court vacate the hearing set for July 31, 2007 regarding discovery and vacate the requirement that Defendants file a response to Plaintiffs' July 20, 2007 letter. The Parties also request that the Court revise the existing deadlines for filing briefs.

On May 4, 2007, the Court issued an Order requiring the completion of discovery within 45 days (June 18, 2007). See Dkt. No. 45. On June 20, 2007, the Court issued an Order extending the discovery deadline to July 20, 2007, with briefing to begin on July 30, 2007. See Dkt. No. 49.

On July 20, 2007, Plaintiffs submitted a Letter to the Court requesting discovery relief. See Dkt. No. 50. On July 23, 2007, the Court issued an Order that required Defendants to file their response to Plaintiffs' letter by July 27, 2007, and that set a hearing for July 31, 2007. See Dkt. No. 51. On July 24, 2007, the Parties, in light of the Court's July 23, 2007 Order, jointly requested that briefing be stayed until after the discovery issue was resolved. See Dkt. No. 52.

The Parties have now reached a mutual resolution of their discovery dispute and agree that no further discovery is necessary, based on a factual stipulation Defendants have agreed to make. See Exhibit B. As a result, the Parties jointly request that the Court vacate the hearing set for July 31, 2007, as well as the requirement that Defendants file a response to Plaintiffs' letter by July 27, 2007. The Parties also jointly request that the Court reset deadlines for briefing as follows:

Plaintiffs' supplemental brief due August 9, 2007.

Defendants' response brief due August 16, 2007.

Plaintiffs' reply brief due August 23, 2007.

Respectfully submitted this 26th day of July, 2007,

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

RONALD J. TENPAS
Acting Assistant Attorney General
/s/ Beverly F. Li
BEVERLY F. LI
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division-NRS
P.O. Box 663
Washington, DC 20044-0663
Tel:  (202) 353-9213
Fax: (202) 514-8865

On behalf of Federal Defendants


/s/ Justin Augustine
Justin Augustine (SBN 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA  94103
Telephone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

John Buse (SBN 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
jbuse@biologicaldiversity.org

On behalf of Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED


Date:  July 26, 2007.

_____
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*

STIP. TO VACATE HEARING AND
RESET BRIEFING DEADLINES                                                                                              3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007, the foregoing (1) JOINT STIPULATED REQUEST TO VACATE HEARING AND RESET BRIEFING DEADLINES was served on the following attorneys by filing with the Court's electronic filing system:

Justin Augustine
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
jaugustine@biologicaldiversity.org

John T Buse
Center for Biological Diversity
5656 S. Dorchester #3
Chicago, IL 60637
Tel: 323-533-4416
jbuse@biologicaldiversity.org

Counsel for Plaintiffs

        /s/ Beverly F. Li
        Beverly F. Li
        Counsel for Defendants