1   RONALD J. TENPAS
    Acting Assistant Attorney General
2   BEVERLY F. LI (WSBA # 33267)
    Trial Attorney
3   U.S. Department of Justice
    Environment and Natural Resources
4   Division
    P.O. Box 663
5   Washington, DC 20044-0663
    Tel: (202) 353-9213
6   Fax: (202) 514-8865

7   SCOTT N. SCHOOLS
    United States Attorney
8   CHARLES O'CONNOR (SBN 56320)
    Assistant United States Attorney
9   Northern District of California
    450 Golden Gate Avenue, 10th Floor
10  P.O. Box 36055
    San Francisco, California 94102-3495
11  Tel:  (415) 436-7180

12  Attorneys for Defendant

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16  CENTER FOR BIOLOGICAL          )
17  DIVERSITY, et al.,             )    CASE NO. C 06-6523-WHA
                                   )
18          Plaintiffs,            )
                                   )    **STIPULATED REQUEST FOR**
19      v.                         )    **ORDER ENLARGING TIME WITHIN**
                                   )    **WHICH TO FILE PLAINTIFFS'**
20  ABIGAIL R. KIMBELL, Chief,     )    **MOTION FOR ATTORNEYS' FEES**
    United States Forest Service, et al., )  **AND [PROPOSED] ORDER**
21                                 )
            Defendants.            )
22  _____ )

23

24

25

26

27

28

STIP. TO ENLARGE TIME FOR FILING PLS.
FEE PETITION                                                          1

Pursuant to Civil L.R. 6-2 and Civil L.R. 54-6(a), plaintiffs Center for Biological Diversity, *et. al.,* and defendants Abigail R. Kimbell, Chief, United States Forest Service, *et al.*, through their respective undersigned counsel, hereby stipulate and request the Court to enlarge the time within which plaintiffs may file a motion for an award of costs and attorneys' fees until January 21, 2008:

1.      On October 23, 2007, this Court issued an Order in this case granting plaintiffs' motion for summary judgment and denying defendants' cross-motion for summary judgment with respect to federal defendants' denial of discretionary review of plaintiffs' administrative appeals.  On October 23, 2007, the Court entered judgment for plaintiffs.

2.      "Unless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2," Civil Local Rule 54-6(a) provides that a motion for an award of attorney's fees must be filed within 14 days after entry of judgment – in this case, on or before November 6, 2007.

3.      The parties seek an extension of this deadline until 30 days after the deadline for the federal defendants to file a notice of appeal in this action.  Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), the federal defendants have 60 days from the date of this Court's judgment to file a notice of appeal, or until December 22, 2007.  Accordingly, the parties request an enlargement of the time within which plaintiffs may file a motion for an award of costs and attorneys' fees until January 21, 2008.

4.      The parties seek the requested extension to allow time for the case to proceed to a judgment that is not appealable for purposes of plaintiffs' claim for costs and fees under the Equal Access to Justice Act, see 28 U.S.C. § 2412(d)(2)(G), and to allow time for the parties to attempt to negotiate to settle plaintiffs' claim for costs and fees.

5.      No prior enlargement of time in this matter has been requested or granted.  The requested enlargement of time would have no effect on the schedule for the case, since the merits of the case have been decided and judgment has been entered.

DECLARATIONS

1

    Undersigned counsel hereby declare under penalty of perjury that the above statements

2

are true and correct.

3

4

Respectfully submitted this 30th day of October, 2007,

5

    I hereby attest that I have on file all holograph signatures for any signatures indicated by

6

a "conformed" signature (/s/) within this efiled document.

7

8

RONALD J. TENPAS
Acting Assistant Attorney General

9

/s/ Beverly F. Li

10

BEVERLY F. LI
Trial Attorney

11

U.S. Department of Justice

12

Environment and Natural Resources Division-NRS
P.O. Box 663

13

Washington, DC 20044-0663
Tel:  (202) 353-9213

14

Fax: (202) 514-8865

15

16

On behalf of Federal Defendants

17

/s/ Justin Augustine
Justin Augustine (SBN 235561)

18

CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511

19

San Francisco, CA  94103
Telephone: (415) 436-9682

20

Fax: (415) 436-9683

21

jaugustine@biologicaldiversity.org

22

John Buse (SBN 163156)
CENTER FOR BIOLOGICAL DIVERSITY

23

5656 S. Dorchester Avenue No. 3
Chicago, IL 60637

24

Telephone: (323) 533-4416
Fax: (610) 885-2187

25

jbuse@biologicaldiversity.org

26

27

On behalf of Plaintiffs                                    **ORDER**

28

STIP. TO ENLARGE TIME FOR FILING PLS.
FEE PETITION                                                                3

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3   Date:   October 31, 2007



4                        United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO ENLARGE TIME FOR FILING PLS.
FEE PETITION                                         4

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, the foregoing (1) STIPULATED REQUEST FOR ORDER ENLARGING TIME WITHIN WHICH TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND [PROPOSED] ORDER  was served on the following attorneys by filing with the Court's electronic filing system:

Justin Augustine
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
jaugustine@biologicaldiversity.org

John T Buse
Center for Biological Diversity
5656 S. Dorchester #3
Chicago, IL 60637
Tel: 323-533-4416
jbuse@biologicaldiversity.org

Counsel for Plaintiffs

/s/ Beverly F. Li_____
Beverly F. Li
Counsel for Defendants