IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al., | No. C 06-06523 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING REQUEST TO ENLARGE TIME** |
| ABIGAIL R. KIMBELL, Chief, U.S. Forest Service, et al., | |
| Defendants. / | |

Good cause not shown, the parties' request to enlarge the time within which to file plaintiffs' motion for attorneys' fees is **DENIED**. The parties have already requested and received an extension to file on this matter.

**IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE