RONALD J. TENPAS
Assistant Attorney General
BEVERLY F. LI (WSBA # 33267)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213
Fax: (202) 514-8865

SCOTT N. SCHOOLS
United States Attorney
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, California 94102-3495
Tel: (415) 436-7180

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABIGAIL R. KIMBELL, Chief, United States Forest Service, et al., <br><br> Defendants. | CASE NO. C 06-6523-WHA <br><br> **STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND COSTS** |

WHEREAS, Plaintiffs Center for Biological Diversity, California Native Plant Society, California Wilderness Coalition, Sierra Club, the Wilderness Society, Defenders of Wildlife, Los Padres Forest Watch, and Natural Resources Defense Council challenged under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, the United States Forest Service's decision to dismiss as untimely Plaintiffs' administrative appeals of the four Records of Decision

STIP. SETTLEMENT AGREEMENT AND [PROPOSED] ORDER
REGARDING ATTORNEYS' FEES AND COSTS                                                                 1

approving the revised Land Management Plans for the four southern California National Forests (Cleveland, Angeles, San Bernardino, and Los Padres National Forests);

WHEREAS, this Court in its Order dated March 23, 2007 (Doc. No. 39), upheld the United States Forest Service's dismissal of Plaintiffs' appeals as untimely;

WHEREAS, this Court in its Order dated October 23, 2007 (Doc. No. 65), held that the United States Department of Agriculture's decision to deny discretionary review of Plaintiffs' untimely administrative appeals was arbitrary and capricious under the APA;

WHEREAS, Plaintiffs have filed a Motion for Attorneys' Fees and Costs (Doc. No. 77) for their prosecution of this litigation in the U.S. District Court for the Northern District of California;

WHEREAS, Plaintiffs and Defendants (collectively, "the Parties") believe that it is in the interests of judicial economy to avoid litigating a request for attorneys' fees and costs and to avoid diverting Agency resources;

THEREFORE, in the interests of the public, the Parties, and judicial economy, the Parties hereby stipulate and agree to the following:

1. Defendants agree to pay the lump sum total of twenty-six thousand, eighty-three dollars and seventy-eight cents ($26,083.78) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and/or any other statute and/or common law theory, for all attorneys' fees and costs incurred by Plaintiffs, individually and/or severally, in this litigation.

2. Defendants agree to submit all necessary paperwork to the appropriate office either within thirty (30) business days of receipt of the signed Court order approving this Stipulated Agreement, or within thirty (30) business days of receipt of the withdrawal, dismissal, grant, or denial of the appeals of this matter that are currently pending before the United States Court of Appeals for the Ninth Circuit, Cause Nos. 07-17384, 08-15028, whichever is later.

3. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of any and all claims for attorneys' fees and costs that Plaintiffs may seek to pursue in this matter relating to the litigation or settlement.

4. Defendants' payment, as identified in Paragraph 1 above, shall be accomplished by Defendants sending a check in the settlement amount of $26,083.78 to Plaintiff the Center for Biological Diversity, 1095 Market Street, Suite 511, San Francisco, CA 94153.

5. Plaintiffs agree to hold harmless Defendants in any litigation, further suit, or claim arising from the payment of the agreed-upon $26,083.78 settlement amount to Plaintiff the Center for Biological Diversity at the address identified in Paragraph 4 above.

6. Nothing in the terms of this Stipulated Agreement shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

7. No provision in this Stipulated Agreement shall be interpreted as a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, or any other law or regulation. In the event, however, Defendants contend in the future that compliance with this Stipulated Agreement would violate the Anti-Deficiency Act, Plaintiffs reserve the right to claim that the Anti-Deficiency Act does not excuse compliance with this Agreement.

8. This Stipulated Agreement does not represent an admission by any Party to any fact, claim, or defense in any issue in this lawsuit. This Stipulated Agreement has no precedential value and shall not be used as evidence of such in any litigation.

9. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the Parties to it.

IT IS HEREBY AGREED.

Date: March 12, 2008

/s/ Justin Augustine (*by email permission*)
Justin Augustine
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683

Attorney for Plaintiffs

Date: March 12, 2008

RONALD J. TENPAS
Assistant Attorney General

/s/ Beverly F. Li
BEVERLY F. LI
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources
Division-NRS
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-353-9213
Fax: 202-514-8865
Attorney for Defendants

IT IS SO ORDERED.

Date: March 12, 2008

_____
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED. Judge William Alsup. United States District Court, Northern District of California.]

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, the foregoing STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND COSTS was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Justin Augustine
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Tel: 415-436-9682
Fax: 415-436-9683
jaugustine@biologicaldiversity.org

John Buse
Center for Biological Diversity
5656 S. Dorchester #3
Chicago, IL 60637
Tel: 323-533-4416
jbuse@biologicaldiversity.org

Counsel for Plaintiffs

    /s/ Beverly F. Li
Beverly F. Li
Counsel for Defendants